UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>v.                              )<br>MICHAEL FLORES,         )<br>        Defendant.           )<br>_____ ) | Case No.14cr1901 AJB<br><br>ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE<br><br>(Doc. No. 29) |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed, without prejudice.

IT IS SO ORDERED.

DATED: October 23, 2014

_____
Hon. Anthony J. Battaglia
U.S. District Judge